844

No. 02-10932. CONNER v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 02-10933. HARRIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02-10935. GIVENS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02-10936. FURNISH v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 02-10937. HARGETT, AKA FOSTER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02-10938. FRAZIER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02-10939. HUSS v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 02-10940. GIPSON v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 02-10941. WHITE HORSE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02-10942. MCCLAIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02-10943. MCCOY v. TEXAS. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 02-10944. ACENCIO-CAMPOS v. UNITED STATES; BARRAZA-CHAVARRIA v. UNITED STATES; CACERES-RIVAS v. UNITED STATES; DE LA FUENTE-DE LA FUENTA v. UNITED STATES; FLORES BURCIAGA, AKA FLORES-BURCIAGA v. UNITED STATES; LAZO v. UNITED STATES; MARTINEZ-HERNANDEZ v. UNITED STATES; and OLVERO-MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 61 Fed. Appx. 922 (second through eighth judgments) and 923 (first judgment).

No. 02-10945. ACOSTA-ESQUIVEL, AKA HUERTA v. UNITED STATES (Reported below: 61 Fed. Appx. 923); CARO-GRIMALDO v.

UNITED STATES (61 Fed. Appx. 922); CERDA-MONTES v. UNITED STATES (61 Fed. Appx. 923); CHAVEZ-ROMERO v. UNITED STATES (61 Fed. Appx. 923); HERNANDEZ-ROMERO v. UNITED STATES (61 Fed. Appx. 923); HERRERA-PINA v. UNITED STATES (61 Fed. Appx. 923); MARTINEZ-SOLIS v. UNITED STATES (61 Fed. Appx. 923); REVULTA-ESPINOZA v. UNITED STATES (61 Fed. Appx. 922); RODRIGUEZ-CARRANZA, AKA GONZALES v. UNITED STATES (61 Fed. Appx. 922); and RODRIGUEZ-MARTINEZ v. UNITED STATES (61 Fed. Appx. 923). C. A. 5th Cir. Certiorari denied.

No. 02–10946. CRUZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10948. HALL v. TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 02–10949. POWELL, AKA MUHAMMAD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–10950. NUNN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–10951. NIMMONS v. CAMPBELL ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–10952. CHRISTIAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–10953. SPERLING v. ZENK, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 02–10954. ROMERO-LOPEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–10955. STRZELCZYK v. COLLERAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT WAYMART, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–10956. CLINTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–10957. RATCLIFF v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–10958. BOROUGHS v. INDIANA. Ct. App. Ind. Certiorari denied.